**TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN**

**NO. 03-14-00241-CV**

**Ernest Wayne Rials, Appellant**

**v.**

**Linda Katherine Rials, Appellee**

**FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
NO. 18399, HONORABLE JOHN GAUNTT, JUDGE PRESIDING**

**M E M O R A N D U M   O P I N I O N**

The parties have filed a joint motion to dismiss the appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Agreed Motion

Filed:  July 16, 2014